Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 3350 | **DATE** | 8/2/2002 |
| **CASE TITLE** | Khin M. YI vs. John Ashcroft etc. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by agreement/pursuant to]
   ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry]   Enter Memorandum Opinion and Order. Defendants move to dismiss. That motion is granted.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | AUG 0 6 2002 date docketed | |
| ✓ | Docketing to mail notices. | | | |
| ✓ | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| WAH | courtroom deputy's initials | 02 AUG -5 AM 11:42 Date/time received in central Clerk's Office | date mailed notice mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KHIN M. YI, )
)
      Plaintiff, )
)
vs. ) No. 02 C 3350
)
JOHN ASHCROFT, as the Attorney )
General, et al., )
)
      Defendants. )

DOCKETED
AUG 0 6 2002

## MEMORANDUM OPINION AND ORDER

Plaintiff has been granted asylum but she has not yet been issued a green card, and the delay has been lengthy. Defendants move to dismiss. That motion is granted.

The problem, apparently, is that the INS and immigration judges generally grant asylum to more than 10,000 persons per year, but Congress permits the issue of only 10,000 green cards per year to persons granted asylum. 8 U.S.C. §1159(b). That adjustment of status is discretionary, which means it is beyond judicial review, and it is capped at 10,000. Plaintiff is on the list, but there are others before her.

This court, as we have stated, does not have jurisdiction to review a discretionary act (although it is clear that plaintiff will be accorded permanent residence in due course), and we cannot require the Attorney General to make available a status adjustment beyond the numbers permitted by law or to prefer plaintiff over someone who has been longer on the list. We suggest that plaintiff's plight is best addressed to the Congress.

                                                        JAMES B. MORAN
                                            Senior Judge, U. S. District Court


Aug. 2, 2002.

